UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA           JUDGMENT INCLUDING SENTENCE
        -v-                        UNDER THE SENTENCING REFORM ACT

                                   CASE NUMBER:CR-02-217 (ARR)
EDDIE McLAMB                       PHILIP KATOWITZ, ESQ
-----------------------------------x  320 7th AVENUE, PMB 255
                                   BROOKLYN, NEW YORK 11215
                                   Defendant's Attorney & Address

THE DEFENDANT:
XXX  pleaded guilty to count one of the superseding indictment.
___  was found guilty on counts                    after a plea of not guilty.
     Accordingly, the defendant is ADJUDGED guilty of such count(s), which involve the
following offenses:

TITLE & SECTION           NATURE & OFFENSE                 COUNT NUMBER(S)
21 USC 846 &              CONSPIRACY TO DISTRIBUTE              ONE (1)
    841(b)(1)(A)          & POSSESS WITH THE INTENT TO DISTRIBUTE
                          AT LEAST 50 GRAMS COCAINE BASE.

The defendant is sentenced as provided in pages 2 through    of this Judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___  The defendant has been found not guilty on count(s)         and is discharged as
     to such count(s).
XXX  Remaining counts are dismissed on the motion of the United States.
XXX  It is ordered that the defendant shall pay to the United States a special
     assessment of $100.00 which shall be due XXX immediately ___ as follows:

It is further ORDERED that the defendant shall notify the United States Attorney for this
district within 30 days of any change of residence or mailing address until all fines,
restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec #_____ - ____         _____FEBRUARY 3, 2006_____
                                                 Date of Imposition of Sentence
Defendant's Date of Birth 7/28/59

                                             _____
Defendant's Mailing Address:                  ALLYNE R. ROSS, U.S.D.J.

192-54 254th STREET                          _____FEBRUARY 3, 2006_____
                                                         Date
ROSEDALE, NEW YORK 11369
                                             A TRUE COPY ATTEST
Defendant's Residence Address:               Date:_____
                                                 ROBERT C. HEINEMANN
       ( SAME AS ABOVE )                          CLERK OF COURT
_____
                                             By:_____

_____
                                                    DEPUTY CLERK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of one hundred thirty five (135) months, following which defendant shall serve a consecutive sentence imposed of twenty (20) months for violating the term of supervised release in 99 CR 848.

**XXX**   The Court makes the following recommendations to the Bureau of Prisons:
THAT THE DEFT BE HOUSED AT A MEDICAL FACILITY UNTIL HIS DIABETES IS UNDER CONTROL AND THEREAFTER A FACILITY AS CLOSE AS POSSIBLE TO SOUTH CAROLINA.

___   The defendant is remanded to the custody of the United States Marshal.
___   The defendant shall surrender to the United States Marshal for this district,

    ___   at _____a.m./p.m. on _____.
    ___   as notified by the Marshal.

___   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

    ___   before 12:00 noon on _____.
    ___   as notified by the United States Marshal.
    ___   as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
United States Marshal

By_____

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of five (5) years.

While on supervised release, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

1) DEFT SHALL PARTICIPATE IN SUBSTANCE ABUSE TREATMENT WITH A TREATMENT PROVIDER SELECTED BY THE PROBATION DEPARTMENT. TREATMENT MAY INCLUDE OUTPATIENT OR RESIDENTIAL TREATMENT AS DETERMINED BY THE PROBATION DEPARTMENT. DEFT SHALL ABSTAIN FROM ALL ILLEGAL SUBSTANCES AND/OR ALCOHOL. DEFT SHALL CONTRIBUTE TO THE COST OF SERVICES RENDERED VIA CO-PAYMENT OR FULL PAYMENT IN AN AMOUNT TO BE DETERMINED BY THE PROBATION DEPARTMENT, BASED UPON THE DEFT'S ABILITY TO PAY AND/OR THE AVAILABILITY OF THIRD PARTY PAYMENT.

2) DEFT SHALL SUBMIT HIS PERSON, RESIDENCE, PLACE OF BUSINESS, VEHICLE OR ANY OTHER PREMISES UNDER HIS CONTROL TO A SEARCH ON THE BASIS THAT THE PROBATION OFFICER HAS REASONABLE BELIEF THAT CONTRABAND OR EVIDENCE OF A VIOLATION OF THE CONDITIONS OF THE RELEASE MAY BE FOUND; THE SEARCH MUST ALSO BE CONDUCTED IN A REASONABLE MANNER AND AT A REASONABLE TIME; FAILURE TO SUBMIT TO A SEARCH MAY BE GROUNDS FOR REVOCATION; THE DEFT SHALL INFORM ANY OTHER RESIDENTS THAT THE PREMISES MAY BE SUBJECT TO SEARCH PURSUANT TO THIS CONDITION.

3) DEFT SHALL NOT POSSESS ANY FIREARMS.

___ The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

Defendant: **EDDIE McLAMB**  
Case Number: CR-02-217(ARR)

Judgment - Page of

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not commit another Federal, state or local crime;
2) the defendant shall not leave the judicial district without the permission of the court or probation officer;
3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) the defendant shall support his or her dependents and meet other family responsibilities;
6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

Defendant: **EDDIE McLAMB**
Case Number: CR-02-217(ARR)

Judgment - Page     of

## FINE WITH SPECIAL ASSESSMENT

The defendant shall pay to the United States the sum of $ 100.00    , consisting of a fine of $   N/A    and a special assessment of $ 100.00    .

___ These amounts are the totals of the fines and assessments imposed on individual counts, as follows:

This sum shall be paid ___ immediately
                           ___ as follows:

<u>XXX</u>   The Court has determined that the defendant does not have the ability to pay any fines, cost of confinement or supervision.

      ___ The interest requirement is waived.
      ___ The interest requirement is modified as follows: